UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>BRENT BIGGS,<br><br>     Defendant. | C19-5873 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court in response to Plaintiff's Motion for Summary Judgment, Dkt. 45, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's motion for summary judgment, Dkt. 45, because genuine disputes of material fact exist as to all claims.

(2) Although little factual dispute remains as to Defendant's default under the Lease Agreement, *see Thornhill Pub. Co. v. Gen. Tel. & Elecs. Corp.*, 594 F.2d 730, 738 (9th Cir. 1979). Plaintiff's apparent failure to comply with the strict requirements in Cal. Civ. Code § 2987(d)(2)(B) may preclude Plaintiff's recovery of damages. *See Flannery v. VW Credit, Inc.*, 232 Cal. App. 4th 606, 615 (2014).

(3) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1(c). It is ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement pursuant to Local Civil Rule 39.1(c)(2) no later than **December 26, 2022**. The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles. This information

MINUTE ORDER - 1

is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office.  Counsel are directed to file with the Court the name of the mediator as soon as one is selected.  The mediation will be conducted at such time or times as set by the mediator.  Mediation shall be completed no later than **January 26, 2023**, and a letter of compliance shall be filed with the Court no later than **February 3, 2023**.  The parties are strongly encouraged to mediate prior to completion of discovery.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of September, 2022.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 2