UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRENT BIGGS, <br><br> Defendant. | C19-5873 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to compel, docket no. 64, filed by Defendant Biggs is GRANTED in part and DENIED in part. Having reviewed all papers filed in support of, and in opposition to, the motion, the Court concludes that documents pertaining to Biggs' customer file, the condition and disposition of the vehicle-at-issue, and the damages calculation performed by Plaintiff are relevant and proportional to the needs of the case (Requests for Production 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 15, 16, and 19). *See* Fed. R. Civ. P. 26(b). These documents are, at a minimum, relevant to the issues of breach and damages. Defendant is ORDERED to produce to Biggs the requested documents no later than Friday, January 6, 2023. All other document requests are DENIED.

(2) Defendant's request for Plaintiff to supplement interrogatories, however, goes too far. The interrogatories Defendant has served are overly broad, as they would require Plaintiff to detail every person involved and every relevant communication on the subject about which Defendant asks. *See*

MINUTE ORDER - 1

*Olson v. City of Bainbridge Island*, No. C08-5513, 2009 WL 1770132, at *4 (W.D. Wash. June 18, 2009).

(3) Defendant's request for attorneys' fees is DENIED. Plaintiff's deficiencies in this matter do not warrant attorneys' fees. *See Olson*, 2009 WL 1770132, at *10–11.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2022.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2